UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN NICOLE HINSON
individually, and assignee of
ALISHA DANIELLE KING,

Plaintiff,

v. Case No. 8:23-cv-1766-SPF

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

Defendant.
_______________________________________/

**ORDER**

Before the Court is Defendant's Motion to Approve Supersedeas Bond (Doc. 183). Because Plaintiff has not filed a response, the Court treats the motion as unopposed. M.D. Fla. L.R. 3.01(d). For the reasons stated herein, the motion is granted.

## I. Background

On November 25, 2025, judgment in the amount of $889,857.05 was entered against Defendant. (Doc. 145). Defendant subsequently filed a notice of interlocutory appeal. (Doc. 158). Defendant now moves this Court to stay execution of the judgement and approve a supersedeas bond in the amount of $955,084.18 (Doc. 183). Defendant maintains that the total bond amount represents the principal amount of the judgment plus two years of statutory interest and argues that it should be approved pursuant to Federal Rule of Civil Procedure 62(b). (*Id.*).

## II. Analysis

Under Rule 62(b), "any time after judgment is entered, a party may obtain a stay by providing a bond or other security." Fed. R. Civ. P. 62(b). "The purpose of a supersedeas bond is to preserve the status quo while protecting the non-appealing party's rights pending appeal." *Prudential Ins. Co. of Am. v. Boyd*, 781 F.2d 1494, 1498 (11th Cir. 1986). Notably, "[i]t is within the court's discretion to fashion a security arrangement that protects the rights of both the judgment creditor and the judgment debtor." *Id.* Here, the Court finds that Defendant's requested supersedeas bond amount is adequate, and Plaintiff does not oppose the stay or the amount of the bond.

Accordingly, it is hereby **ORDERED**:

1. Defendant's Motion to Approve Supersedeas Bond (Doc. 183) is **GRANTED**.

2. The judgment is stayed pending resolution of the appeal after adequate security has been posted consistent with this Order.

3. The amount of the bond is set at $955,084.18. Defendant is required either to post a supersedeas bond in the amount of $955,084.18 or to deposit this amount with the Clerk of Court within fourteen (14) days.

**ORDERED** in Tampa, Florida, on November 20, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE